DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER MAURICE WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-660

[September 3, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562013CF003026A.

Christopher Maurice White, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***